**TELEPHONE RECORD:**        **EXTENDING CLERK'S RECORD**

Date: _1-13-15_

Case Number: _6-14-00178-CR-    6-14-00181-CR_

Style: _William James Akin   v.   State_

Extension Requested By: _Dist. Clk._

Extension needed: _30_

GRANTED TO: _2/16/15_      (posted: _1/12_)

By: _M. Patt_

REMARKS: